

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2015

No. 04-15-00596-CR

Isidro Espinosa **SOLIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2691
Honorable Mary D. Roman, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file a notice of appeal is granted. This appeal is retained on the docket of the court. We order the reporter's record due November 12, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court